NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2010-1246

ADAMS RESPIRATORY THERAPEUTICS, INC., ADAMS RESPIRATORY
OPERATIONS, INC., and ADAMS RESPIRATORY PRODUCTS, INC.,

Plaintiffs-Appellants,

v.

PERRIGO COMPANY, L. PERRIGO COMPANY, and PERRIGO RESEARCH AND
DEVELOPMENT COMPANY,

Defendants-Appellees.

Appeal from the United States District Court for the Western District of Michigan
in case no. 07-CV-0993, Judge Gordon J. Quist.

ON MOTION

Before LINN, Circuit Judge.

ORDER

Adams Respiratory Therapeutics, Inc. et al. (Adams) moves to expedite the briefing schedule and "to schedule oral argument as soon as possible after the parties' briefing is complete."

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. The appellants' opening brief is due no later than March 24, 2010. The appellees' brief is due no later than April 23, 2010. The reply brief and the joint appendix are due no later than May 4, 2010. Briefs should be served by an expedited method. The case will be placed on the next available oral argument calendar.

FOR THE COURT

MAR 1 8 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:   Dominick A. Conde, Esq.
      Richard A. Gaffin, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 1 8 2010

JAN HORBALY
CLERK

2010-1246                        - 2 -